UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIE J. GREEAR JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No.: 5:13-cv- 11896-JCO-DRG<br>)<br>)<br>)<br>)<br>) |

---

WILLIE J. GREEAR, JR.
29319 Fieldstone
Farmington Hills, MI 48334
248/225-9694
Plaintiff, Pro Se

CLARK HILL PLC
Jordan S. Bolton (P66309)
500 Woodward Avenue, Ste. 3500
Detroit, MI 48226-3435
(313) 965-8300
Email: JBolton@clarkhill.com
Attorneys for Equifax Inc.

KING & SPALDING LLP
Brian Olson
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-4600
Email: BJOlson@kslaw.com
Attorneys for Equifax Information Services LLC

---

    COMES NOW, Equifax Inc., and submits the following corporate disclosure statement: Equifax Inc. is publicly traded on the New York Stock Exchange. It has no parent corporation or publicly held company holding ten percent of its stock.

    Respectfully submitted this 6th day of May, 2013.

9055519.1 19933/158819

Respectfully submitted,

CLARK HILL PLC

By: /s/Jordan S. Bolton
Jordan S. Bolton (P66309)
500 Woodward Avenue, Ste. 3500
Detroit, MI 48226-3435
Tel: (313) 965-8300
jbolton@clarkhill.com
Attys for Equifax Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. A true and correct copy of the foregoing was sent this 6th day of May, 2013 via U.S. Mail to:

> Willie J. Greear Jr.
> 29319 Fieldstone
> Farmington Hills, MI 48334

Dated: May 6, 2013.

> Jordan Bolton (P66309)
> Clark Hill, PLC
> 500 Woodward Avenue, Suite 3500
> Detroit, MI 48226
> Tel: (313) 965-8300
> Fax: (313) 965-8252
>
> *Attorney for Equifax Inc.*

9055519.1 19933/158819