UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. GREEAR, JR.,

    Plaintiff,

v.

EQUIFAX, INC.,

    Defendant.
_____/

Case No. 13-11896

Hon. John Corbett O'Meara

## JUDGMENT

Pursuant to the Court's April 8, 2014 order, IT IS HEREBY ORDERED that Defendant's motion for summary judgment is GRANTED, and Plaintiff's motion for summary judgment is DENIED.

Date: April 8, 2014

                        DAVID WEAVER
                        Clerk, U.S. District Court

                        By: s/William Barkholz
                        Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge